```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MING AN INSURANCE CO. (HK) LTD.,          :
                                          :
                        Plaintiff,        :      09 Civ. 26 (RMB)
                                          :
      - against -                         :      **ORDER**
                                          :
ALAZARA NAVIGATION S.A. et al.,           :
                                          :
                        Defendants.       :
------------------------------------------------------------x

For the reasons stated on the record at the September 8, 2009 conference before the Court (see Tr. of Proceedings, dated Sept. 8, 2009), and pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, the Court hereby directs the parties to reach an accommodation regarding the funds already attached or directs all garnishees who have attached funds pursuant to this Court's order of maritime attachment and garnishment, dated June 16, 2009 (a copy of the list of garnishees contained in the order of attachment is attached hereto as Exhibit A), to pay the attached funds into the Southern District of New York Court Registry in an interest bearing account (CRIS) maintained by the Clerk of the Court, on or before September 15, 2009. Plaintiff's counsel shall contact the Clerk of the Court forthwith to obtain the necessary wire transfer information for the garnishees.

Upon the attached funds being deposited into the Court Registry or on September 15, 2009, whichever is earlier, this case will be dismissed.

SO ORDERED.

Dated: New York, New York
       September 8, 2009

                                                _____
                                                **RICHARD M. BERMAN, U.S.D.J.**

## Exhibit A

ABN Amro

American Express Bank

Bank of America

Bank of New York

Citibank

Deutsche Bank

HSBC USA Bank NA

J.P. Morgan Chase

Standard Chartered Bank

Wachovia Bank N.A.